EAST BATON ROUGE PARISH
Filed Jan 04, 2022 9:55 AM
Deputy Clerk of Court

C-714644
23

NICHOLAS VINTERELLA                    SUIT NO.:          SEC:

                                       19TH JUDICIAL DISTRICT COURT

VERSUS

DANILO MARTINEZ LUMPUY,                PARISH OF EAST BATON ROUGE
PROGRESSIVE EXPRESS
INSURANCE COMPANY, AND
AMY CARGO CORP                         STATE OF LOUISIANA
**********************************************************************

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioners, NICHOLAS

VINTERELLA, a person of legal age and majority, domiciled in the Parish of Tangipahoa, in the

State Of Louisiana, who respectfully represents the following Petition for Damages, to wit:

1.

Made defendants herein are the following:

   a. **PROGRESSIVE EXPRESS INSURANCE COMPANY**, a foreign insurance
     company not authorized to do and doing business in the State of Louisiana, which may
     be served through its Louisiana Secretary Of State via Louisiana R.S. 13:3472, at 8585
     Archives Ave, Baton Rouge, LA 70809

   b. **AMY CARGO CORP**, a company doing business in the State of Louisiana, which
     may be served Via Long Arm Statute through its registered agent for service of process,
     Miguel Artiles Perez, 28085 SW 137 Ct, Homestead, FL 33033.

   c. **DANILO MARTINEZ LUMPUY**, a resident of full age of majority domiciled in
     Miami- Dade County, State of Florida that can be served Via Long Arm Statute at his
     place of residence, 1081 SW 137th Ct, Miami, Fl 33184

2.

The above-named Defendants are justly and truly indebted, jointly and in solido, unto the

Petitioners for damages, injuries, and losses sustained, together with legal interest from the date of

judicial demand, costs of these proceedings, and other general and equitable relief described herein

for the following reasons:

3.

On or about January 16, 2021, at approximately 6:42 AM., NICHOLAS VINTERELLA

was operating his 2015 Ford Mustang traveling westbound, in the far left lane, on I-10 near the

Dalrymple Exit, within the jurisdiction of this court.

5.

At the same time, DANILO MARTINEZ LUMPUY was operating a 2008 Freightline

TR owned by AMY CARGO CORP, also traveling eastbound, in the middle lane, on I-10 near

the Dalrymple Exit, within the jurisdiction of this court.

Certified True and
Correct Copy
CertID: 2022010500668

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 1:03 PM

10 Pages SCANNED Fri, 21 Jan 2022 20:22:27 GMT

6.

Suddenly and without warning, the 2008 Freightline TR operated by **DANILO MARTINEZ LUMPUY** entered the lane of the vehicle owned and operated by **NICHOLAS VINTERELLA**, thereby causing a violent collision resulting in injuries to **NICHOLAS VINTERELLA**.

7.

In no way did **NICHOLAS VINTERELLA** contribute to or cause the collision described herein.

8.

As a result of the above described incident, **NICHOLAS VINTERELLA**, sustained injuries including, but not limited to:

1) Shoulder pain/injuries;

2) Head pain/injuries;

3) Neck pain/injuries;

4) Back pain/injuries; and

5) Other injuries which will be more fully established at trial.

9.

**NICHOLAS VINTERELLA**, claims the following damages as a result of his accident and injuries:

1. Physical pain and suffering - past, present and future;

2. Mental pain, anguish and distress - past, present and future;

3. Loss of enjoyment of life - past, present and future;

4. Lost wages — past, present and future;

5. Medical expenses - past, present and future; and

6. Other elements of damages to be more fully set forth at the trial of this matter.

10.

Petitioners, **NICHOLAS VINTERELLA**, avers that defendants, **DANILO MARTINEZ LUMPUY, PROGRESSIVE EXPRESS INSURANCE COMPANY and AMY CARGO CORP**, are liable for all such injuries caused by their fault and neglect under LA C.C. art. 2315.

Certified True and
Correct Copy
CertID: 2022010500688

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 1:03 PM

10 Pages SCANNED Fri, 21 Jan 2022 20:22:27 GMT

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

11.

Petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of **DANILO MARTINEZ LUMPUY**, which is described in part but not exclusively as follows:

A.    In failing to keep a proper look out;

B.    In failing to maintain a safe distance between his and the vehicle traveling in the lane to his left;

C.    In failing to yield;

D.    In operating his vehicle in a negligent manner;

E.    In failing to see what should have been seen and if having seen, in failing to heed;

F.    In failing to stop;

G.    In driving his vehicle into the vehicle operated by **NICHOLAS VINTERELLA**;

H.    In failing to maintain control of his vehicle;

I.    In not obeying the traffic laws of the State of Louisiana; and

J.    Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

12.

Petitioners is informed, believe, and therefore allege that at the time of the accident the defendant, **PROGRESSIVE EXPRESS INSURANCE COMPANY**, had issued a liability insurance policy to, and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

13.

In addition to the negligence alleged heretofore, petitioners allege that a substantial cause of the above-described accident was the fault and/or negligence of the **AMY CARGO CORP**, which is described in part but not exclusively as follows:

a.    In failing to provide proper driving training;

b.    In failing to employ a safe and competent driver;

c.    In failing to properly supervise and instruct its drivers; and

Certified True and
Correct Copy
CertID: 2022010500688

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 1:03 PM

10 Pages SCANNED Fri, 21 Jan 2022 20:22:27 GMT

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

d. Any and all acts of negligence, omissions, and/or legal fault which constitute a violation of the emergency vehicle exception and shown at the time of this trial to be proximate cause of petitioner's injuries, damages, or losses.

14.

Upon information and belief at all times material hereto, defendant, **DANILO MARTINEZ LUMPUY**, was employed by and in the course and scope of his employment with defendant, **AMY CARGO CORP**, thereby rendering defendant, **AMY CARGO CORP**, liable unto plaintiffs under the theory of *respondeat superior*.

15.

**DANILO MARTINEZ LUMPUY, PROGRESSIVE EXPRESS INSURANCE COMPANY**, and **AMY CARGO CORP**, are therefore liable, in *solido*, unto the Petitioner, **NICHOLAS VINTERELLA**, in said collision, which are itemized and set out hereafter.

**WHEREFORE PETITIONERS PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Petitioners, **NICHOLAS VINTERELLA**, and against the defendants **DANILO MARTINEZ LUMPUY, PROGRESSIVE EXPRESS INSURANCE COMPANY**, and **AMY CARGO CORP**, jointly, severally, and in *solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted:

Carmen Liriano (#36551)
Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone: (985) 288-6668
Facsimile: (225) 926-1202

<u>Please Service</u>

**PROGRESSIVE EXPRESS INSURANCE COMPANY,**
Via Louisiana R.S. 13:3472
Louisiana Secretary Of State,
8585 Archives Ave.,
Baton Rouge, LA 70809

**AMY CARGO CORP,**
Via Long Arm Statute through its registered agent for service of process,
Miguel Artiles Perez,
28085 SW 137 Ct,
Homestead, FL 33033.


Certified True and
Correct Copy
CertID: 2022010500688

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 1:03 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

10 Pages SCANNED Fri, 21 Jan 2022 20:22:27 GMT

**DANILO MARTINEZ LUMPUY,**
Via Long Arm Statute at his place of residence,
1081 SW 137th Ct,
Miami, Fl 33184



Certified True and
Correct Copy
CertID: 2022010500688

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 1:03 PM

10 Pages SCANNED Fri, 21 Jan 2022 20:22:27 GMT

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

EAST BATON ROUGE PARISH    C-714644
.Filed Jan 04, 2022 9:55 AM              23
Deputy Clerk of Court

NICHOLAS VINTERELLA                    SUIT NO.:         SEC:

                                       19TH JUDICIAL DISTRICT COURT

VERSUS

DANILO MARTINEZ LUMPUY,                PARISH OF EAST BATON ROUGE
PROGRESSIVE EXPRESS
INSURANCE COMPANY, AND
AMY CARGO CORP                         STATE OF LOUISIANA
*******************************************************************

REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND
WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

   In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil

Procedure, you are hereby requested to send to us, Carmen Liriano, Gordon McKernan Injury

Attorneys, as counsel for Plaintiff, NICHOLAS VINTERELLA, in the above captioned matter,

written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing

on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of

said case.

   And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of

Civil Procedure, you are hereby also requested to send to us immediately notice of any order or

judgment made or rendered in this case, upon the entry of such order or judgment.  This request

for notice is made with full reservation of all rights, and we thank you for your customary courtesy

and cooperation.

                    Respectfully Submitted,

                    GORDON McKERNAN INJURY ATTORNEYS


                    Carmen Liriano (#36551)
                    5656 Hilton Avenue
                    Baton Rouge, Louisiana 70808
                    Telephone: (225) 926-1234
                    Facsimile: (225) 926-1202

Certified True and
Correct Copy
CertID: 2022010500689

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
1/5/2022 1:53 PM

10 Pages SCANNED Fri, 21 Jan 2022 20:22:27 GMT